FILED: March 3, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1945
(1:23-cv-00009-CMH-LRV)

_____

In re: ESTATE OF LARRY W. COOK, Deceased

-------------------------------

JANINE SATTERFIELD, in her capacity as Administrator for the Estate of Larry
W. Cook, Deceased

       Plaintiff - Appellant

v.

WELLS FARGO BANK, N.A.; NAVY FEDERAL CREDIT UNION

       Defendants - Appellees

_____

O R D E R

_____

This case is currently calendared for March 20, 2025.  At the direction of the

court, the case is removed from the argument calendar.

For the Court

/s/ Nwamaka Anowi, Clerk